UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BENY GARNEATA, )<br>DUMITRU CURESCU, )<br>LAVINIA CURESCU, )<br>TEOFIL SCORTE, )<br>WILLIAM WELLHAUSEN, )<br>VASILE FOFIU and )<br>MARIO OLIVELLA ) | No. 08 CR 398<br><br>Magistrate Judge Martin C. Ashman |

**ORDER SEALING COMPLAINT, AFFIDAVIT SUPPORTING
COMPLAINT AND ARREST WARRANTS**

There appearing probable cause to believe that disclosure of the facts contained in the affidavit could jeopardize the integrity of an ongoing investigation, it is hereby ordered that the complaint, affidavit in support of the complaint, arrest warrant and this Motion shall be sealed until November 20, 2008, or until the time that Beny Garneata and any of the other defendants is arrested, or until further order of this Court.

SO ORDERED:

_____
MARTIN C. ASHMAN

Date: **MAY 2 1 2008**