## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 - 2 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. Dumitru Curescu | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held on 6/11/2008. Richard S. Kling withdraws his appearance as appointed counsel for defendant. Leonard Goodman files his appearance as retained counsel for defendant. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. Detention hearing set for 6/18/2008 at 1:30 p.m.

Docketing to mail notices.

00:48

FILED
2008 JUN 11  PM 5:07
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|