UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA            )
                                    )        No. 08 CR 398
        v.                          )        Chief Judge James F. Holderman
                                    )
BENY GARNEATA, DUMITRU              )
CURESCU, LAVINIA CURESCU, VASILE)
FOFIU, WILLIAM WELLHAUSEN,          )
TEOFIL SCORTE, and MARIO            )
OLIVELLA                            )

## O R D E R

Upon the Government's Motion, under Title 18, United States Code, Section

3161(h)(8)(A) & (B) (ii), (iii) and (iv), for an extension of time in which to return an indictment

in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment against the

defendant be extended from June 20, 2008 to and including August 19, 2008.  Specifically, this

Court finds that the ends of justice served by the extension outweigh the best interests of the

public and the defendant in a speedy trial because the failure to grant such an extension would

deny the government the reasonable time necessary for effective preparation of the evidence for

presentation to the Grand Jury, taking into account the exercise of due diligence.

ENTERED:

JAMES F. HOLDERMAN
Chief Judge

DATED: June 18, 2008