# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 - 1 | **DATE** | 7/7/2008 |
| **CASE TITLE** | United States of America vs. Dumitru Curescu | | |

**DOCKET ENTRY TEXT**

Unopposed motion for permission to travel to Crivitz, Wisconsin for a camping from July 10, 2008 through July 13, 2008 is granted. Enter Order.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|