UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. 08 CR 398 |
| Plaintiff, | ) Hon. Marvin C. Ashman, |
| | ) Judge Presiding |
| vs. | ) |
| | ) |
| DUMITRU CURESCU, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This cause coming to be heard on the Unopposed Motion of Mr. Curescu for permission to travel to Crivitz, Wisconsin from July 10 through July 13 for a camping trip.

IT IS HEREBY ORDERED that Mr. Curescu's Motion for permission to travel is hereby granted. The defendant shall provide Pretrial Services Officer Reyes with specific dates of travel and contact information.

SO ORDERED

Magistrate Judge Jeffrey Cole

DATED: 7/7/08

Leonard C. Goodman
53 W. Jackson
Suite 1220
Chicago, Illinois 60604
(312) 986-1984