Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 - 2 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA vs. Dumitru Curescu | | |

**DOCKET ENTRY TEXT**

Enter unopposed order modifying bond conditions.

Docketing to mail notices.

■ [ For further detail see separate order(s).]

FILED
2008 AUG 19 PM 3: 33
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|