UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 08 CR 398-2 |
| | ) Hon. Martin C. Ashman, |
| vs. | ) Judge Presiding |
| | ) |
| Dumitru Curescu, | ) |
| Defendant. | ) |

## UNOPPOSED ORDER MODIFYING BOND CONDITIONS

This unopposed motion coming before the Court, on defendant Dumitru Curescus' motion to modify defendant's bond. It is so granted.

IT IS HEREBY ORDERED THAT:

1. Bond is modified to allow defendant, Dumitru Curescu to travel within the Northern District of Illinois and Wisconsin to permit the Defendant to go on his regular camping and fishing trips;

2. Defendant will check-in with Pre-trial Services officer, John Reid, prior to any overnight travel and/or trips;

3. Defendant will provide location, address (if applicable), and a telephone number where Defendant can be reached, and length of stay to Pretrial Services Officer John Reid prior to any overnight travel and/or trip

4. All other conditions of bond remain in force and in effect.

Entered: _____
Honorable Martin C. Ashman
U.S. Magistrate Judge

Dated: AUG 19 2008